| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>FRANK FALZETTA, Cal. Bar No. 125146<br>ffalzetta@sheppardmullin.com<br>JEFFREY S. CROWE, Cal. Bar No. 216055<br>jcrowe@sheppardmullin.com<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>Telephone:    213.620.1780<br>Facsimile:    213.620.1398 |
| 6<br>7<br>8<br>9 | STINSON LLP<br>TODD A. NOTEBOOM (*Pro Hac Vice*)<br>todd.noteboom@stinson.com<br>50 South Sixth Street, Ste. 2600<br>Minneapolis, MN 55402<br>Telephone:    612.335.1894<br>Facsimile:    612.335.1657 |
| 10<br>11<br>12 | JEREMY ROOT (*Pro Hac Vice*)<br>jeremy.root@stinson.com<br>230 W. McCarty Street<br>Jefferson City, MO 64106<br>Telephone:    573.556.3609<br>Facsimile:    573.556.3635 |
| 13<br>14<br>15<br>16 | COURTNEY J. HARRISON (*Pro Hac Vice*)<br>courtney.harrison@stinson.com<br>1201 Walnut St., Ste 2900<br>Kansas City, MO 64106<br>Telephone: 816.691.2354<br>Facsimile:  816.412.1172 |
| 17 | Attorneys for Defendant STATE FARM LIFE |
| 18 | INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 3:18-cv-04954-CRB<br><br>**CLASS ACTION**<br>**STIPULATION TO CONTINUE HEARING ON STATE FARM'S MOTION FOR § 1292(b) CERTIFICATION OF ORDER DENYING SUMMARY JUDGMENT MOTION AND FOR STAY**<br> ORDER<br>Current Date:      November 8, 2019<br>Proposed Date:    November 15, 2019<br><br>Complaint Filed:   08/15/2018<br>Trial Date:              Not Set |

**TO THE HONORABLE COURT:**

Plaintiff Elizabeth A. Bally ("Plaintiff") and defendant State Farm Life Insurance Company ("Defendant"), by and through their attorneys, enter into the following stipulation to continue the hearing on Defendant's Motion for Section 1292(b) Certification of the Court's Order denying Defendant's Motion for Summary Judgment, and for Stay.

**I.   RECITALS.**

WHEREAS:

1. On August 15, 2018, Plaintiff filed her Class Action Complaint against Defendant in the United States District Court for the Northern District of California. [ECF 1.]

2. On May 21, 2019, Defendant filed its Motion for Summary Judgment. [ECF 63.]

3. On August 19, 2019, the Court entered its Order denying Defendant's Motion for Summary Judgment. [ECF 77.]

4. On September 16, 2019, Defendant filed its Motion for Leave to Appeal the Court's Order denying summary judgment, pursuant to 28 U.S.C. section 1292(b), which Defendant initially noticed for a November 1, 2019 hearing (hereinafter, the "1292(b) Motion"). [ECF 81.]

5. The 1292(b) Motion has been fully briefed by the parties, with Plaintiff's Opposition Brief filed on September 30, 2019, and Defendant's Reply Brief filed on October 7, 2019. [ECF 83-84.]

6. On October 18, 2019, the Court entered an Order vacating the November 1, 2019 hearing on the 1292(b) Motion and resetting the hearing for November 8, 2019. [ECF 86.]

7. Lead counsel for Defendant who will be arguing the 1292(b) Motion, Todd A. Noteboom, is unavailable on November 8 because he will be in New York for a pre-scheduled client matter.

8. Counsel for Plaintiff and Defendant have met and conferred. Plaintiffs' position is that State Farm's motion may be determined on the papers, but have no objection to moving the hearing to November 15 should the court wish to hear argument. Defendant's counsel is available on November 15, and Defendant continues to seek oral argument and believes that will be helpful to the Court's determination of the issues.

**II.    STIPULATION.**

Therefore, Plaintiff and Defendant, by and through their attorneys, hereby stipulate and respectfully request that if the Court wishes to hear argument that the Court reschedule the hearing on the 1292(b) Motion from November 8, 2019 to ~~November 15, 2019~~ November 22, 2019 at 10:00 a.m., or such other date and time convenient with the Court.

**IT IS SO STIPULATED.** Dated: October 24, 2019

APPROVED
Judge Charles R. Breyer

Dated: October 23, 2019

**STINSON LLP**

By    */s/ Jeremy Root*
TODD A. NOTEBOOM
JEREMY ROOT
Attorneys for Defendant STATE FARM LIFE INSURANCE COMPANY

Dated: October 23, 2019

**STUEVE SIEGEL HANSON LLP**

By    */s/ Norman E. Siegel*
NORMAN E. SIEGEL
ETHAN M. LANGE
Attorneys for Plaintiff ELIZABETH A. BALLY

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. Executed this 23rd day of October 2019, at Jefferson City, Missouri.

   */s/ Jeremy Root*
JEREMY ROOT