STINSON LLP
TODD A. NOTEBOOM, Pro Hac Vice
todd.noteboom@stinson.com
50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Telephone:   612.335.1894
Facsimile:    612.335.1657

JEREMY ROOT, Pro Hac Vice
jeremy.root@stinson.com
230 W. McCarty Street
Jefferson City, MO 65101
Telephone:   573.556.3609
Facsimile:    573.556.3635

GIBSON, DUNN & CRUTCHER LLP
KRISTIN A. LINSLEY, SBN 154148
klinsley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8395
Facsimile:    415.374.8471

DEBORAH L. STEIN, SBN 224570
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7164
Facsimile:    213.229.6164

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRANK FALZETTA, SBN 125146
ffalzetta@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398

JEFFREY S. CROWE, SBN 216055
jcrowe@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant
STATE FARM LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:18-CV-04954-CRB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TODD A. NOTEBOOM IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF TODD A. NOTEBOOM**

I, Todd A. Noteboom, declare:

1. I am a partner with Stinson LLP, counsel of record for Defendant State Farm Life Insurance Company. I submit this declaration in support of the Defendant's Administrative Motion for Leave to File an Overlength Memorandum in Opposition to Plaintiff's Motion for Summary Judgment (the "Administrative Motion"). I have personal knowledge of the facts set forth in this declaration, except where noted otherwise, and, if called as a witness, could and would competently testify to these statements.

2. On October 26, 2020, Plaintiff filed her Motion for Partial Summary Judgment. On November 6, 2020, this Court granted State Farm's Administrative Motion for Enlargement of Time to file its Response, thereby extending the date for State Farm to respond to January 8, 2021. (ECF No. 150).

3. In her Motion for Partial Summary Judgment, Plaintiff seeks dispositive, classwide ruling on liability on all of her claims as well as a ruling that the class is entitled to a damages award "in the specific amount determined by Mr. Witt's methodology." (ECF No. 142 at fn. 1).

4. On November 12, 2020, Plaintiff disclosed her actuarial expert Scott J. Witt and his report to State Farm.

5. Pursuant to Civil L.R. 7-11 and 7-12, I emailed counsel for Plaintiff, Norm Siegel, to confer regarding these circumstances and to seek a stipulation. On January 4, 2021, I advised counsel of State Farm's intent to seek an additional 15 pages and offered an equal additional number of pages for Plaintiff's Reply in Support of her Motion for Partial Summary Judgment. Mr. Siegel stated as follows: "Plaintiff does not believe a page enlargement is necessary or appropriate given the issues presented by the motion, but take no position on State Farm's specific request. If State Farm's motion is granted, Plaintiff respectfully requests an additional 15 pages for its reply brief as proposed by State Farm."

I declare under the penalty of perjury under the laws of the United States that the above statements are true.

Executed this 4th day of January 2021 in Minneapolis, Minnesota.

1
2                                         */s/ Todd A. Noteboom*
                                          Todd A. Noteboom
3
4       I hereby attest that I have on file all holographic signatures corresponding to any signatures
5   indicated by a conformed signature (/S/) within this e-filed document.
6
7                                         */s/ Kristin A. Linsley*
                                          Kristin A. Linsley
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28