STINSON LLP
TODD A. NOTEBOOM, Pro Hac Vice
todd.noteboom@stinson.com
50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Telephone:    612.335.1894
Facsimile:    612.335.1657

JEREMY ROOT, Pro Hac Vice
jeremy.root@stinson.com
230 W. McCarty Street
Jefferson City, MO 65101
Telephone:    573.556.3609
Facsimile:    573.556.3635

GIBSON, DUNN & CRUTCHER LLP
KRISTIN A. LINSLEY, SBN 154148
klinsley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8395
Facsimile:    415.374.8471

DEBORAH L. STEIN, SBN 224570
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7164
Facsimile:    213.229.6164

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRANK FALZETTA, SBN 125146
ffalzetta@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

JEFFREY S. CROWE, SBN 216055
jcrowe@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant
STATE FARM LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:18-CV-04954-CRB<br><br>Assigned to the Hon. Charles R. Breyer<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: May 3, 2021 |

For good cause shown, Defendant's motion extending the page limitations for its responsive briefing to Plaintiff's Motion for Partial Summary Judgment is granted.

Defendant is granted an additional 15 pages for its Opposition, for a total of 40 pages.

**IT IS SO ORDERED**

Date: _____

_____
HON. CHARLES R. BREYER
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT –
CASE NO. 3:18-CV-04954-CRB