**GIRARD SHARP LLP**
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:   415-981-4800
Fax:   415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Civ. L.R. 7-11<br><br>Trial Date: May 3, 2021 |

1  TO THE COURT AND PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff Elizabeth Bally respectfully moves the Court under Civil Local Rule 7-11 for an order enlarging by 15 pages the permitted length of her Reply in support of her Motion for Partial Summary Judgment, Dkt. No. 142. As reflected in the stipulation submitted herewith, State Farm does not oppose this requested extension.

    On January 5, 2021, the Court granted State Farm's administrative motion for a 15-page extension on its forthcoming Opposition to Plaintiff's Motion for Partial Summary Judgment. Dkt. No. 156. State Farm's administrative motion noted Plaintiff's request for "an equal page extension should the Court grant this motion" "as proposed by State Farm." Admin. Mot. at 1, 2, Dkt. No. 155 (citing Declaration of Todd A. Noteboom, ¶ 5, Dkt. No. 155-1). State Farm thus "has no objection to Plaintiff receiving a similar page extension for her Reply if the Court deems it is appropriate." Admin. Mot. at 4. State Farm's proposed order, entered by the Court, did not refer to Plaintiff's Reply. Dkt. Nos. 155-2, 156.

    Good cause for granting a corresponding extension for Plaintiff's Reply exists. As State Farm recognizes, Plaintiff's summary judgment motion raises several issues of law in support of her request for classwide relief as to liability and damages. Admin. Mot. at 2-3. Plaintiff, recognizing the Court's preference for brevity, will file as concise a Reply as possible. Given that State Farm will file an opposition of up to 40 pages, however, Plaintiff may require additional pages to provide a complete Reply. *See, e.g.*, *B2B CFO Partners, LLC v. Kaufman*, 856 F. Supp. 2d 1084, 1087 (D. Ariz. 2012) (stating that "it appears to the Court that the typical page limitation for a reply might not be sufficient"). Therefore, Plaintiff respectfully requests that this Court enter the proposed order granting her leave to file a Reply in Support of Partial Summary Judgment of up to 30 pages.

Dated: January 6, 2021          Respectfully submitted,

**GIRARD SHARP LLP**

By: /s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
601 California Street, Suite 1400

1

San Francisco, California 94108
Tel:   415-981-4800
Fax:   415-981-4846

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
Ethan M. Lange (admitted *pro hac vice*)
lange@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

*Attorneys for Plaintiff Elizabeth A. Bally*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

/s/ Daniel C. Girard
Daniel C. Girard