**GIRARD SHARP LLP**
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:     415-981-4800
Fax:    415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AN OVERLENGTH REPLY IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Civ. L.R. 7-11<br><br>Trial Date: May 3, 2021 |

---

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMIN.
MOT. TO FILE AN OVERLENGTH REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
CASE NO. 3:18-CV-04954-CRB

Plaintiff and Defendant State Farm Life Insurance Company (collectively, the "Parties"), pursuant to Civil L.R. 7-12, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on October 26, 2020, Plaintiff filed a Motion for Partial Summary Judgment (Dkt. No. 142);

WHEREAS, on November 6, 2020, the Court set deadlines of January 8, 2021 for State Farm to respond to Plaintiff's Motion, and of January 15, 2021 for Plaintiff to file her Reply (Dkt. No. 150);

WHEREAS, on January 2, 2021, State Farm sought Plaintiff's consent to have additional pages for its response to Plaintiff's Motion for Partial Summary Judgment, and Plaintiff declined to consent but indicated she would take no position on State Farm's request should it file an administrative motion;

WHEREAS, on January 4, 2021 State Farm filed, and on January 5, 2021 the Court granted, State Farm's administrative motion for a 15-page extension on its Opposition to Plaintiff's Motion (Dkt. No. 156);

WHEREAS, State Farm does not oppose a corresponding 15-page extension for Plaintiff's Reply; and

WHEREAS, Plaintiff submits that, under the circumstances, good cause for this page extension exists.

NOW THEREFORE, the Parties hereby stipulate, and Plaintiff hereby respectfully requests that the Court order, that Plaintiff may file a Reply in support of her Motion of up to 30 pages.

IT IS SO STIPULATED.


Dated: January 6, 2021               Respectfully submitted,

                                     **GIRARD SHARP LLP**

                                     By: /s/ *Daniel C. Girard*
                                     Daniel C. Girard (State Bar No. 114826)
                                     dgirard@girardsharp.com
                                     601 California Street, Suite 1400
                                     San Francisco, California 94108
                                     Tel:    415-981-4800
                                     Fax:    415-981-4846

1

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
Ethan M. Lange (admitted *pro hac vice*)
lange@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

*Attorneys for Plaintiff Elizabeth A. Bally*

By: /s/ *Kristin A. Linsley*

**GIBSON, DUNN & CRUTCHER LLP**
KRISTIN A. LINSLEY, CBN 154148
klinsley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8395
Facsimile: 415.374.8471

DEBORAH L. STEIN, CBN 224570
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7164
Facsimile: 213.229.6164

**STINSON LLP**
TODD A. NOTEBOOM (Pro Hac Vice)
todd.noteboom@stinson.com
50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Telephone:     612.335.1894
Facsimile:      612.335.1657

JEREMY ROOT (Pro Hac Vice)
jeremy.root@stinson.com
230 W. McCarty Street
Jefferson City, MO 65101
Telephone:     573.556.3609
Facsimile:      573.556.3635

COURTNEY HARRISON (Pro Hac Vice)
Courtney.Harrison@stinson.com
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone:     816.691.2354
Facsimile:      816.412.1172

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:     213.620.1780
Facsimile:      213.620.1398

JEFFREY S. CROWE, Cal. Bar No. 216055
jcrowe@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:     714.513.5100
Facsimile:      714.513.5130

*Attorneys for Defendant State Farm Life Ins. Co.*

**ATTESTATION**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from the other signatory.

Dated: January 6, 2021                                  By: /s/ *Daniel C. Girard*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021              By: _____
                                                         The Honorable Charles R. Breyer
                                                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

/s/ *Daniel C. Girard*
Daniel C. Girard