SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
JEFFREY S. CROWE, Cal. Bar No. 216055
jcrowe@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398

STINSON LLP
TODD A. NOTEBOOM (*Pro Hac Vice*)
todd.noteboom@stinson.com
50 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
Telephone:    612.335.1894
Facsimile:     612.335.1657

JEREMY ROOT (*Pro Hac Vice*)
jeremy.root@stinson.com
230 W. McCarty Street
Jefferson City, MO 64106
Telephone:    573.556.3609
Facsimile:     573.556.3635

COURTNEY J. HARRISON (*Pro Hac Vice*)
courtney.harrison@stinson.com
1201 Walnut St., Ste 2900
Kansas City, MO 64106
Telephone: 816.691.2354
Facsimile:  816.412.1172

Attorneys for Defendant STATE FARM LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**DECLARATION OF ROSS LOPEZ** |

Case No. 3:18-cv-04954-CRB
DECLARATION OF ROSS LOPEZ

## DECLARATION OF ROSS LOPEZ

I, Ross Lopez, declare:

1. I am an independent contractor insurance agent for State Farm Life Insurance Company ("State Farm Life") in California. I have been licensed to market, solicit, and service insurance here since 1981.

2. I understand that there is a lawsuit pending against State Farm Life in California related to universal life insurance issued on Form 94030. This product was available from 1994 to 2004. During the time that this product was available, I spoke with what I estimate to be hundreds of potential customers about universal life generally, and this product specifically.

3. The sale of life insurance is an individualized process that varies for each policyholder. Every person has different financial needs and expectations that leads them to seek insurance. The type of insurance product a customer may choose to purchase depends on the amount of insurance the client desires, the amount of premium the client is willing to contribute to insurance, whether a short-term or long-term product matches the customer's desires, whether any riders or other benefits are desired, and whether the customer's sole objective is to receive a death benefit or, instead or in addition, to provide an account value that provides tax-deferred growth. Because each sale depends on the customer's circumstances, each sales discussion is necessarily different.

4. There are, in general, three types of life insurance: term life insurance, which is in place for a specific period; whole life insurance, which provides permanent coverage at a fixed death benefit so long as level premiums are paid; and universal life insurance, which is similar to whole life insurance in that it provides permanent coverage, but it offers more flexibility to the policyholder in premium payments and amount of insurance. I usually present all three types of insurance to customers who are interested in life insurance so they know what options they have to choose from. Most clients who purchase universal life insurance do so because of the policy's flexible features (premium payment, account

value accumulation, and death benefit). Others want to grow the account value over time with the intention of borrowing against it or withdrawing from it in the future.

5. If the customer is interested in a universal life product, my normal practice is to prepare an illustration and review it with them. In order to prepare the illustration, I need to know certain information: the customer's age, their sex, and basic facts about tobacco use and any chronic health conditions to aid in selecting a rate class.

6. The illustrations show both guaranteed performance and performance if the current COI rates and interest crediting rates were applied without change in the future. My general practice was to explain that, if a policyholder continues to pay premiums as planned, the universal life policy will remain in-force with the account values illustrated for at least as long as shown in the guaranteed illustration.

7. It is common for a customer to discuss the amount they want to pay for life insurance and for me to answer questions about how State Farm Life's rates are assigned to them. These discussions vary depending on many factors, including their prior experience with life insurance and whether they have received quotes from other carriers.

8. State Farm Life's COI rates for this product (and nearly all its insurance products that I marketed) vary by age, by sex, and by tobacco status. The State Farm rates are computerized, and the illustration program I use accesses the rates automatically. For the State Farm Life UL policy, I discussed with customers that the COI rate is expected to increase over time as the person becomes older. The UL product also has the potential to accumulate an account value over time depending on the policyholder's level of premium contributions and whether withdrawals or loans are used.

9. In my experience, cost is important to almost every customer. I spoke with customers about the costs associated with universal life insurance on a regular basis. Most customers expressed concern with the total amount of money that they would need to contribute to the policy, rather than with the monthly deductions from their account value. With universal life insurance, the policyholder can vary the premium payments, which

1  gives them greater flexibility. Many of the customers I work with take loans or withdrawals
2  against their UL policies, which has an impact on the overall performance of the policy.
3       10.     In my experience, customers shopping for life insurance do not regularly ask
4  me about the COI charge in the initial sales meeting. Instead, they tend to focus on the
5  bottom line cost and projected performance of the product as shown in the illustration. In
6  my experience, it is more common for the COI charge to be discussed with customers after
7  receipt of the first annual notice.
8       11.     In my discussions with universal life policyholders after policy issuance, I
9  would regularly explain to some customers that the COI charges support State Farm's
10 business of life insurance, beyond just the cost of providing a death benefit. I did not,
11 however, have these conversations with every State Farm Life policyholder. My
12 discussions would vary depending on the questions a policyholder may have of me, and
13 information I believed they would find helpful. But when customers ask about cost of
14 insurance, I describe to them that their COI charges support State Farm Life's overhead and
15 backend operations associated with premium notices and employee salaries, not just
16 payment of death benefits.
17      12.     I also talk with customers about COI charges when they want to increase the
18 basic amount of insurance. Customers have to apply for this benefit and, if they don't have
19 a guaranteed insurability option rider, it often requires new underwriting and other
20 information. When questions arise about the cost of insurance in this context, it was my
21 practice to say that these charges cover State Farm Life's obligations to them as well as the
22 overall business needs and costs of the company.
23      I declare under the penalty of perjury under the laws of the United States that the
24 above statements are true.
25      Executed this 3rd day of February 2020 in Brentwood, California.

Ross Lopez

-3-

Case No. 3:18-cv-04954-CRB
DECLARATION OF ROSS LOPEZ