# EXHIBIT D

**\*\*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED\*\***



**STATE FARM LIFE INSURANCE COMPANY**
One State Farm Plaza (B1)
Bloomington, Illinois  61710

Terry L. Huff, F.S.A.
Actuary
Phone # (309) 766-2763

June 25, 1993

Ms. Tina Nieslawski
Insurance Analyst
L/A&H Compliance Unit
Department of Insurance
State of Illinois
320 West Washington Street
Springfield, Illinois  62767

Re:  FEIN # 37-0533090
     FILING # SFL9306031
     Your Letter Dated June 16, 1993

Dear Ms. Nieslawski:

    You indicated we could disregard the first paragraph.

    Attached is a corrected annual report showing planned cost of insurance rates and expense charges for the following year.

    You indicated our dividend provisions are OK.

    Our actuarial memorandum was corrected by replacing the last page which I gave you this morning.

    Thank you for your consideration of this filing and for taking the time to meet with me this morning.

Sincerely,

Terry L. Huff, F.S.A.
Actuary

TLH:ds

Attachment

Vogt, Michael G. v. SFLIC

VOGTM00003939PROD

```
                                                                          13-2508
                                            OWNER'S SOCIAL SECURITY NO.
      STATE FARM LIFE INSURANCE CO               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
      2702 IRELAND GROVE ROAD                  USE REVERSE SIDE FOR
      BLOOMINGTON IL   61709-0001            CORRECTION OF SOCIAL SECURITY NO.

                                          ┌─────────────────────┬──────────────┐
                                          │                     │    AMOUNT    │
                                          │  PAYMENT NOTICE     │   $29.68     │
                                          └─────────────────────┴──────────────┘
       INSURING JOHN J. DOE                  MAKE CHECK PAYABLE TO STATE FARM LIFE
    POLICY NUMBER LF-0000-0000


      JOHN J. DOE                           STATE FARM LIFE
      123 MAIN STREET                       2702 IRELAND GROVE ROAD
      ANYTOWN, IL   61701                   BLOOMINGTON IL   61709-5000

                                                                        I    29.68
                                                                        UL   83.33
                                                                        L   275.00

    IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT SHOWN BELOW OR SEE THE REVERSE SIDE.

                                           201234500002968   8123408155543102  >
```

--------------------------------------------------------------------------------
KEEP THIS PORTION FOR YOUR RECORDS AND RETURN THE ABOVE WITH YOUR PAYMENT.
State Farm Life Insurance Company (Not Licensed in New York or Wisconsin) / State Farm Life and Accident Assurance Company (Licensed in New York and Wisconsin)

```
  STATE FARM LIFE INSURANCE CO    ANY PAYMENT RECEIVED AFTER THIS
  2702 IRELAND GROVE ROAD         DATE IS NOT REFLECTED ON THIS NOTICE    MAY 15, 1996
  BLOOMINGTON IL   61709-0001    ┌─────────────────┬───────────────────────────┐
                                 │ PREMIUM         │ PREMIUM FOR               │
                                 │ DEPOSIT         │ MONTHS                    │
                                 ├─────────┬───────┼──────────┬────────────────┤
                                 │ POLICY  PAYMENT │ INTEREST │ DIVIDEND TO    │
                                 │ LOAN   275.00   │  29.68   │ REDUCE PREMIUM │
                                 ├─────────────────┴──────────┴────────────────┤
                                 │ PAYMENT NOTICE              AMOUNT  $29.68  │
                                 └─────────────────────────────────────────────┘
  INSURING
  JOHN J. DOE                    ACCOUNT VALUE
  POLICY NUMBER     POLICY DATE     BALANCE FROM 1995 ANNUAL NOTICE     5,929.02
  LF-0000-0000      MAY 16, 1994    PAYMENTS                              999.96
  POLICY INFORMATION                INTEREST CREDITED                     394.94
  $50,000 UNIVERSAL LIFE            EXPENSE CHARGES                      -123.00
                                    COST OF INSURANCE                    -150.99
                                    BALANCE AS OF MAY 7, 1996           7,049.93
                                    INTEREST TO BE EARNED MAY 16, 1996     37.47
                                    TOTAL                               7,087.40
                             (1) SURRENDER VALUE AS OF MAY 16, 1996     3,591.14

                    DEATH BENEFIT AS OF MAY 16, 1996

            UNIVERSAL LIFE                       50,000
            TOTAL INSURANCE                      50,000
```

```
BASIC PLAN DEATH BENEFIT    MAY 16, 1995   $50,000
                            MAY 16, 1996   $50,000
```

THE ACCOUNT VALUE CURRENTLY EARNS 7.25%, EXCEPT THE ACCOUNT VALUE EQUAL TO ANY
POLICY LOAN EARNS 6%.
FROM FEB. 16, 1996 TO APR. 15, 1996, THE CURRENT INTEREST RATE WAS 7.50%.
FROM MAY 16, 1995 TO FEB. 15, 1996 THE CURRENT INTEREST RATE WAS 7.75%.
THE INTEREST RATES ARE EFFECTIVE ANNUAL INTEREST RATES.

(1)  THE TOTAL ACCOUNT VALUE HAS BEEN REDUCED BY THE SURRENDER CHARGE OF
$164.25, $3,302.33 POLICY LOAN AND $29.68 LOAN INTEREST TO ARRIVE AT
THE SURRENDER VALUE.

AGENT: MARK SMITH    AREA CODE: 309   TELEPHONE: 555-1234

297-52ny (LONY52)

Vogt, Michael G. v. SFLIC

VOGTM00003940PROD

ANY CHECK, DRAFT OR MONEY ORDER IS RECEIVED SUBJECT TO COLLECTION

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.
IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING:

NEW ADDRESS: _____

_____ ZIP CODE _____

LIST BELOW ALL OTHER STATE FARM POLICIES (AUTO, LIFE, FIRE OR HEALTH), IF ANY, ON WHICH PREMIUM NOTICES SHOULD BE SENT TO THE ABOVE NEW ADDRESS.

| POLICY NO. | POLICY NO. |
|---|---|
| NAME | NAME |
| POLICY NO. | POLICY NO. |
| NAME | NAME |

ADD OR CHANGE SOCIAL SECURITY NUMBER:

_____

Required by federal law
Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number and (2) I am not subject to backup withholding.  (If you are subject to backup withholding, cross out item 2)

_____
DATE          PERSONAL SIGNATURE OF POLICYHOLDER

ACTIVITY ON POLICY LF-0000-0000

FOR YEAR ENDING MAY 7, 1996

| DATE | PAYMENTS/ (WITHDRAWALS) | EXPENSE CHARGES | COST OF INSURANCE | INTEREST CREDITED | ENDING ACCOUNT VALUE |
|---|---|---|---|---|---|
| BALANCE FROM 1995 ANNUAL NOTICE | | | | | 5,929.02 |
| 05-16-95 | - | 5.00 | 12.73 | - | 5,912.29 |
| 06-09-95 | 100.00 | 5.00 | - | - | 5,989.37 |
| 06-16-95 | - | 5.00 | 12.71 | 31.72 | 6,004.38 |
| 07-13-95 | 100.00 | 5.00 | - | - | 6,081.46 |
| 07-16-95 | - | 5.00 | 12.68 | 32.62 | 6,097.40 |
| 08-05-95 | 100.00 | 5.00 | - | - | 6,174.48 |
| 08-16-95 | - | 5.00 | 12.65 | 33.51 | 6,191.34 |
| 09-03-95 | 100.00 | 5.00 | - | - | 6,268.42 |
| 09-16-95 | - | 5.00 | 12.63 | 34.60 | 6,286.39 |
| 10-06-95 | 100.00 | 5.00 | - | - | 6,363.47 |
| 10-16-95 | - | 5.00 | 12.60 | 35.55 | 6,382.42 |
| 11-09-95 | 100.00 | 5.00 | - | - | 6,459.50 |
| 11-16-95 | - | 5.00 | 12.57 | 35.82 | 6,478.75 |
| 12-07-95 | 100.00 | 5.00 | - | - | 6,555.83 |
| 12-16-95 | - | 5.00 | 12.54 | 36.85 | 6,576.14 |
| 01-11-96 | 100.00 | 5.00 | - | - | 6,653.22 |
| 01-16-96 | - | 5.00 | 12.51 | 37.70 | 6,674.41 |
| 02-04-96 | 100.00 | 5.00 | - | - | 6,751.49 |
| 02-16-96 | - | 5.00 | 12.48 | 38.86 | 6,773.87 |
| 03-08-96 | 100.00 | 5.00 | - | - | 6,850.95 |
| 03-16-96 | - | 5.00 | 12.46 | 38.80 | 6,873.29 |
| 04-07-96 | 100.00 | 5.00 | - | - | 6,950.37 |
| 04-16-96 | - | 5.00 | 12.43 | 38.91 | 6,972.85 |
| 05-07-96 | 100.00 | 5.00 | | | 7,049.93 |

POLICY LOAN ACTIVITY

| | |
|---|---|
| BEGINNING LOAN BALANCE | 4,343.87 |
| PLUS ADDITIONAL LOANS | 2,000.00 |
| PLUS INTEREST AT 8% | 258.46 |
| LESS LOAN REPAYMENTS | 3,300.00 |
| ENDING LOAN BALANCE | 3,302.33 |
| INTEREST NOW DUE AT 8% | 29.68 |

DETAILED COST OF INSURANCE

| | |
|---|---|
| UNIVERSAL LIFE | 150.99 |
| TOTAL | 150.99 |

THE PREMIUM EXPENSE CHARGE IS 5% OF EACH PREMIUM PAID.  THE MONTHLY EXPENSE CHARGE IS $5.00.  THE ANTICIPATED MONTHLY COST OF INSURANCE RATE PER $1,000 IS $■■■ FOR THE NEXT POLICY YEAR.

THE PRESENT VALUE OF YOUR POLICY WILL PROVIDE COVERAGE UNTIL SEP. 16, 2025 BASED ON CURRENT RATES; AND FEB. 16, 2010 BASED ON GUARANTEED RATES, ASSUMING LOAN INTEREST IS PAID IN CASH.

Vogt, Michael G. v. SFLIC

VOGTM00003941PROD

ANY CHECK, DRAFT OR MONEY ORDER IS RECEIVED SUBJECT TO COLLECTION

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.
IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING:

ADD OR CHANGE SOCIAL SECURITY NUMBER:

NEW ADDRESS: _____

_____ ZIP CODE _____

LIST BELOW ALL OTHER STATE FARM POLICIES (AUTO, LIFE, FIRE OR HEALTH, IF ANY, ON WHICH PREMIUM NOTICES SHOULD BE SENT TO THE ABOVE NEW ADDRESS.

| POLICY NO. | POLICY NO. |
|---|---|
| NAME | NAME |
| POLICY NO. | POLICY NO. |
| NAME | NAME |

Required by federal law
Under penalties of perjury, I certify that (1) the number shown on this form is my correct tax-payer identification number and (2) I am not subject to backup withholding. (If you are subject to backup withholding, cross out item 2)

_____
DATE        PERSONAL SIGNATURE OF POLICYHOLDER

## ACTIVITY ON POLICY LF-0000-0000

FOR YEAR ENDING MAY 7, 1996

| DATE | PAYMENTS/ (WITHDRAWALS) | EXPENSE CHARGES | COST OF INSURANCE | INTEREST CREDITED | ENDING ACCOUNT VALUE |
|---|---|---|---|---|---|
| BALANCE FROM 1995 ANNUAL NOTICE | | | | | 5,929.02 |
| 05-16-95 | - | 5.00 | 12.73 | - | 5,912.29 |
| 06-09-95 | 100.00 | 5.00 | - | - | 5,989.37 |
| 06-16-95 | - | 5.00 | 12.71 | 31.72 | 6,004.38 |
| 07-13-95 | 100.00 | 5.00 | - | - | 6,081.46 |
| 07-16-95 | - | 5.00 | 12.68 | 32.62 | 6,097.40 |
| 08-05-95 | 100.00 | 5.00 | - | - | 6,174.48 |
| 08-16-95 | - | 5.00 | 12.65 | 33.51 | 6,191.34 |
| 09-03-95 | 100.00 | 5.00 | - | - | 6,268.42 |
| 09-16-95 | - | 5.00 | 12.63 | 34.60 | 6,286.39 |
| 10-06-95 | 100.00 | 5.00 | - | - | 6,363.47 |
| 10-16-95 | - | 5.00 | 12.60 | 35.55 | 6,382.42 |
| 11-09-95 | 100.00 | 5.00 | - | - | 6,459.50 |
| 11-16-95 | - | 5.00 | 12.57 | 35.82 | 6,478.75 |
| 12-07-95 | 100.00 | 5.00 | - | - | 6,555.83 |
| 12-16-95 | - | 5.00 | 12.54 | 36.85 | 6,576.14 |
| 01-11-96 | 100.00 | 5.00 | - | - | 6,653.22 |
| 01-16-96 | - | 5.00 | 12.51 | 37.70 | 6,674.41 |
| 02-04-96 | 100.00 | 5.00 | - | - | 6,751.49 |
| 02-16-96 | - | 5.00 | 12.48 | 38.86 | 6,773.87 |
| 03-08-96 | 100.00 | 5.00 | - | - | 6,850.95 |
| 03-16-96 | - | 5.00 | 12.46 | 38.80 | 6,873.29 |
| 04-07-96 | 100.00 | 5.00 | - | - | 6,950.37 |
| 04-16-96 | - | 5.00 | 12.43 | 38.91 | 6,972.85 |
| 05-07-96 | 100.00 | 5.00 | - | - | 7,049.93 |

POLICY LOAN ACTIVITY

| BEGINNING LOAN BALANCE | 4,343.87 |
| PLUS ADDITIONAL LOANS | 2,000.00 |
| PLUS INTEREST AT 8% | 258.46 |
| LESS LOAN REPAYMENTS | 3,300.00 |
| ENDING LOAN BALANCE | 3,302.33 |
| INTEREST NOW DUE AT 8% | 29.68 |

DETAILED COST OF INSURANCE

UNIVERSAL LIFE                    150.99
TOTAL                             150.99

THE PREMIUM EXPENSE CHARGE IS 5% OF EACH PREMIUM PAID. THE MONTHLY EXPENSE CHARGE IS $5.00. THE ANTICIPATED MONTHLY COST OF INSURANCE RATE PER $1,000 IS $▆▆▆▆▆ FOR THE NEXT POLICY YEAR.

THE PRESENT VALUE OF YOUR POLICY WILL PROVIDE COVERAGE UNTIL SEP. 16, 2025 BASED ON CURRENT RATES; AND FEB. 16, 2010 BASED ON GUARANTEED RATES, ASSUMING LOAN INTEREST IS PAID IN CASH.

Vogt, Michael G. v. SFLIC

VOGTM00003942PROD

 **FACSIMILE COVER SHEET** 

TO:

Name     Tina Nieslawski

Address     Illinois Department of Insurance

Telephone #

Fax #     (217) 782-5020

Total Pages Transmitted     4     (include cover sheet)

FROM:

Name     Terry Huff - Life Company - B-1

Address     State Farm Insurance Co., Bloomington, IL

Department Code     200110-831

Telephone #     (309) 766-2763

Fax #     (309) 766-1827

Remarks:

Please inform Ms. Nieslawski as soon as this is received. Thank you.

Sent by _dla_     Date _6/25_     Time _2:45_

Vogt, Michael G. v. SFLIC

VOGTM00003943PROD