# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:18-cv-04954-CRB<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING PERMISSION TO FILE UNDER SEAL PORTIONS OF STATE FARM'S DECLARATIONS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Complaint Filed:     08/15/2018 |

For good cause shown, the Defendant's Administrative Motion for Leave to File Under Seal Portions of State Farm's Declarations in Support of its Opposition to Plaintiff's Motion for Partial Summary Judgment is granted and the Court hereby orders as follows:

The following documents may be filed under seal:

- Selected portions of the Declaration of Reginald Dahlen.
- Exhibit A to the Declaration of Reginald Dahlen, which reflects excerpts of State Farm's confidential rate book.
- Exhibit A to the Declaration of Rusty Hendren.
- Exhibit B to the Declaration of Rusty Hendren.
- Selected portions of Exhibit D to the Declaration of Rusty Hendren.
- Selected portions of Exhibit G to the Declaration of Rusty Hendren.
- Selected portions of Exhibit A to the Declaration of Craig Reynolds.
- Selected portions of Exhibit A to the Declaration of Jeremy Root, which contains the expert declaration of Mary Jo Hudson.
- Exhibit C to the Declaration of Jeremy Root, which contains the expert declaration of Lauren Stiroh.

**IT IS SO ORDERED.**

Dated: _____January 11_____, 2021

_____
HON. CHARLES R. BREYER
United States District Judge