UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:18-cv-04954-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

1  For good cause shown, the Court hereby GRANTS Plaintiff's Administrative Motion to File
2  Under Seal Exhibit to Reply in Support of Motion for Partial Summary Judgment. Accordingly, Exhibit
3  1 to the Declaration of Norman E. Siegel shall remain under seal.

**IT IS SO ORDERED.**

DATED:  January 19, 2021

THE HONORABLE CHARLES R. BREYER