IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-04954-CRB<br><br>**ORDER GRANTING STATE FARM'S ADMINISTRATIVE MOTION [1] TO SET AN EXPEDITED BRIEFING SCHEDULE ON STATE FARM'S MOTION TO STRIKE AND FOR RELIEF UNDER RULE 56(D) AND [2] FOR LEAVE TO FILE A SURREPLY** |

For good cause shown, the Court grants Defendant State Farm's administrative motion for an expedited briefing schedule on State Farm's motion to strike portions of Plaintiff's reply in support of her motion for partial summary judgment, to strike the Witte Report submitted with Plaintiff's reply, and for relief under Fed. R. Civ. P. 56(d). Defendant is to file its motion to strike and Rule 56(d) request 1 business day following this Court's entry of this order. Plaintiff is to submit any opposition within 48 hours after Defendants' motion to strike and for Rule 56(d) relief is filed.

For good cause shown, the Court also grants the Defendant's administrative motion for leave to file a seven-page surreply to Plaintiff's motion for partial summary judgment, to be filed no later than January 29, 2021.

**IT IS SO ORDERED.**

Dated: January 26, 2021.

CHARLES R. BREYER
United States District Judge