IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-04954-CRB<br><br>**ORDER APPROVING PARTIES' STIPULATION REQUESTING EXTENSION ON PAGE LIMITS FOR BRIEFING ON STATE FARM'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: May 3, 2021 |

The Court has read and considered the Parties' Stipulation and [Proposed] Order Requesting Extension of Page Limits for Briefing on State Farm's Motion for Summary Judgment, filed on February 18, 2021, ("Stipulation") by State Farm Life Insurance Company.

For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: February 18, 2021.

CHARLES R. BREYER
United States District Judge