1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:18-CV-04954-CRB<br><br>**CLASS ACTION**<br><br>~~**[PROPOSED]**~~<br>**ORDER GRANTING STATE FARM'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATIONS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   08/15/2018 |

~~[PROPOSED]~~ ORDER GRANTING LEAVE TO FILE UNDER SEAL

For good cause shown, State Farm's administrative motion for leave to file under seal portions of State Farm's declarations in support of its motion for summary judgment is granted and the Court hereby orders as follows:

The following documents may be filed under seal:

- Selected portions of the Declaration of Reginald Dahlen.
- Exhibit A to the Declaration of Reginald Dahlen, which reflects excerpts of State Farm's confidential rate book.
- Exhibit A to the Declaration of Rusty Hendren.
- Exhibit B to the Declaration of Rusty Hendren.
- Selected portions of Exhibit D to the Declaration of Rusty Hendren.
- Selected portions of Exhibit G to the Declaration of Rusty Hendren.
- Selected portions of Exhibit A to the Declaration of Craig Reynolds.
- Selected portions of the expert declaration of Mary Jo Hudson, which is Exhibit A to the Declaration of Kristin A. Linsley.
- The expert declaration of Lauren Stiroh, which is Exhibit C to the Declaration of Kristin A. Linsley.

**IT IS SO ORDERED.**

Dated: __March 1_____, 2021

_____
HON. CHARLES R. BREYER
United States District Judge