Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel:    415-981-4800
Fax:    415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**<br><br>**N.D. Cal. Local rules 7-11 and 79-5(e)**<br><br>Judge: Hon. Charles R. Breyer<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff will and hereby does move the Court, pursuant to Civil Local Rule 79-5(e), for an administrative order to file under seal the following:

- Portions of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment; and
- Exhibits 1-2, 5, 7-9, 11, and 14 to the Declaration of Norman E. Siegel.

Plaintiff files this motion to comply with the Stipulated Protective Order (Dkt. 54) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5(e) and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Paragraph 11.3 of the Stipulated Protective Order prohibits a party from filing in the public records any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons.

**Materials Designated by Defendant**

Defendant State Farm has designated materials as "CONFIDENTIAL" under the Stipulated Protective Order in this case and the Protective Order entered at Dkt. 37 in a similar case involving nearly identical allegations filed in the Western District of Missouri, captioned *Vogt v. State Farm Life Insurance Company*, Case No. 2:16-CV-04170-NKL. Plaintiff's counsel in this case represented the plaintiff in *Vogt* since that case's inception.

Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment references certain information and testimony that was designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

Exhibit 1 to the Declaration of Norman E. Siegel is the Declaration and Report of Scott J. Witt, dated November 12, 2020, including exhibits, that references certain information and testimony that was designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

Exhibit 2 to the Declaration of Norman E. Siegel is a Life Insurance Illustration that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

Exhibit 5 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

Exhibit 7 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

Exhibit 8 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

Exhibit 9 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

Exhibit 11 to the Declaration of Norman E. Siegel is an interrogatory answer by State Farm in this case that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

Exhibit 14 to the Declaration of Norman E. Siegel is a letter that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

As the Designating Party, State Farm must file a declaration pursuant to Local Rules 79-5(e)(1) and (2) establishing that the designated material is sealable. Plaintiff takes no position on whether these documents or portions thereof should remain under seal.

Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. Declaration of Joseph M. Feierabend in Support of Plaintiff's Administrative Motion to Seal;
2. A redacted version of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment;
3. An unredacted version of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment;
4. Unredacted versions of Exhibits 1-2, 5, 7-9, 11, and 14 to the Declaration of Norman E. Siegel; and
5. A proposed order that identifies the documents sought to be sealed.

| | | |
|---|---|---|
| 1 | Dated: March 8, 2021 | **GIRARD SHARP LLP** |
| 2 | | |
| 3 | | By: /s/ *Daniel C. Girard* |
| | | Daniel C. Girard (State Bar No. 114826) |
| 4 | | dgirard@girardsharp.com |
| 5 | | Jordan Elias (State Bar No. 228731) |
| | | jelias@girardsharp.com |
| 6 | | 601 California Street, Suite 1400 |
| 7 | | San Francisco, California 94108 |
| | | Tel:    415-981-4800 |
| 8 | | Fax:    415-981-4846 |

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Ethan M. Lange (admitted *pro hac vice*)
lange@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

*Attorneys for Plaintiff Elizabeth A. Bally*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users. I also caused a copy of the under seal documents to be served *via electronic mail* on counsel of record for Defendant.

>   */s/ Daniel C. Girard*
>   Daniel C. Girard