**GIRARD SHARP LLP**
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:     415-981-4800
Fax:    415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Joseph M. Feierabend, declare as follows:

1.     I am an attorney at law admitted pro hac vice to practice in the State of California, representing Plaintiff Elizabeth A. Bally in the above-captioned case. I submit this declaration in accordance with the Civil Local Rule 79-5(d)(1)(A) in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment and Exhibits Thereto.

2.     On January 31, 2019, the Court entered the Parties' Stipulated Protective Order, under which a party may designate information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL." Dkt. 54, ¶ 5.2.  Paragraph 11.3 of the Stipulated Protective Order prohibits a party from filing in the public record any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Similarly, a Protective Order was entered in the case captioned *Vogt v. State Farm Life Insurance Company*, Case No. 2:16-CV-04170-NKL (Dkt. 37).

3.     Defendant State Farm has designated materials as "CONFIDENTIAL" under the Stipulated Protective Order in this case and the Protective Order in *Vogt*.

4.     Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment references certain information and testimony that was designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

5.     Exhibit 1 to the Declaration of Norman E. Siegel references certain information and testimony that was designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

6.     Exhibit 2 to the Declaration of Norman E. Siegel is a Life Insurance Illustration that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

7.     Exhibit 5 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

8.     Exhibit 7 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

2

DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-04954-CRB

9.  Exhibit 8 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Protective Order in *Vogt*.

10. Exhibit 9 to the Declaration of Norman E. Siegel is an email that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

11. Exhibit 11 to the Declaration of Norman E. Siegel is an interrogatory answer by State Farm in this case that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

12. Exhibit 14 to the Declaration of Norman E. Siegel is a letter that State Farm marked as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March, 2021 at Kansas City, Missouri.

*/s/ Joseph M. Feierabend*
Joseph M. Feierabend

**ATTESTATION**

I, Daniel C. Girard, am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

*/s/ Daniel C. Girard*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for Defendant.

                                                */s/ Daniel C. Girard*
                                                 Daniel C. Girard