1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:18-cv-04954-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

1 | For good cause shown, the Court hereby GRANTS Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment and Exhibits Thereto. Accordingly, portions of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary Judgment and Exhibits 1-2, 5, 7-9, 11, and 14 to the Declaration of Norman E. Siegel shall remain under seal.

**IT IS SO ORDERED.**

**DATED:** _____ _____
THE HONORABLE CHARLES R. BREYER

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for Defendant.

                        /s/ Daniel C. Girard