1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:18-cv-04954-CRB<br><br>~~[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO~~<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

1  For good cause shown, the Court hereby GRANTS Plaintiff's Administrative Motion to File
2  Under Seal Portions of Plaintiff's Memorandum in Opposition to State Farm's Motion for Summary
3  Judgment and Exhibits Thereto. Accordingly, portions of Plaintiff's Memorandum in Opposition to
4  State Farm's Motion for Summary Judgment and Exhibits 1-2, 5, 7-9, 11, and 14 to the Declaration of
5  Norman E. Siegel shall remain under seal.

**IT IS SO ORDERED.**

DATED:  March 19, 2021

_____
THE HONORABLE CHARLES R. BREYER