Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel:     415-981-4800
Fax:     415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO STATE FARM'S MOTION TO EXCLUDE DECLARATION AND TESTIMONY OF SCOTT J. WITT AND EXHIBITS THERETO**<br><br>**N.D. Cal. Local rules 7-11 and 79-5(e)**<br><br>Judge: Hon. Charles R. Breyer<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff will and hereby does move the Court, pursuant to Civil Local Rule 79-5(e), for an administrative order to file under seal the following:

- Portions of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt; and
- Exhibits 2 and 3 to the Declaration of Joseph M. Feierabend.

Plaintiff files this motion to comply with the Stipulated Protective Order (Dkt. 54) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5(e) and 7-11(c), no hearing date has been set.

### Material to Be Filed Under Seal

Paragraph 11.3 of the Stipulated Protective Order prohibits a party from filing in the public records any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons.

### Materials Designated by Defendant

Defendant State Farm has designated materials as "CONFIDENTIAL" under the Stipulated Protective Order in this case and the Protective Order entered at Dkt. 37 in a similar case involving nearly identical allegations filed in the Western District of Missouri, captioned *Vogt v. State Farm Life Insurance Company*, Case No. 2:16-CV-04170-NKL. Plaintiff's counsel in this case represented the plaintiff in *Vogt* since that case's inception.

Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt references certain information and testimony that was designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

Exhibit 2 to the Declaration of Joseph M. Feierabend is a 2014 Email from Rusty Hendren, which has been designated by State Farm as "CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*.

Exhibit 3 to the Declaration of Joseph M. Feierabend is a 2001 Memorandum from Shane Jent, which has been designated by State Farm as "CONFIDENTIAL" under the Stipulated Protective Order in this case.

As the Designating Party, State Farm must file a declaration pursuant to Local Rules 79-5(e)(1) and (2) establishing that the designated material is sealable. Plaintiff takes no position on whether these documents or portions thereof should remain under seal.

Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. Declaration of Joseph M. Feierabend in Support of Plaintiff's Administrative Motion to Seal;
2. An unredacted version of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt;
3. A redacted version of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt;
4. Unredacted versions of Exhibits 2 & 3 to the Declaration of Joseph M. Feierabend; and
5. A proposed order that identifies the documents sought to be sealed.

Dated: March 29, 2021               **GIRARD SHARP LLP**

By: /s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:    415-981-4800
Fax:   415-981-4846

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Ethan M. Lange (admitted *pro hac vice*)
lange@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200

Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

*Attorneys for Plaintiff Elizabeth A. Bally*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for Defendant.

/s/ Daniel C. Girard
Daniel C. Girard