**GIRARD SHARP LLP**
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:     415-981-4800
Fax:    415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Joseph M. Feierabend, declare as follows:

1. I am an attorney at law admitted pro hac vice to practice in the State of California, representing Plaintiff Elizabeth A. Bally in the above-captioned case. I submit this declaration in accordance with the Civil Local Rule 79-5(d)(1)(A) in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt and Exhibits Thereto.

2. On January 31, 2019, the Court entered the Parties' Stipulated Protective Order, under which a party may designate information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL." Dkt. 54, ¶ 5.2. Paragraph 11.3 of the Stipulated Protective Order prohibits a party from filing in the public record any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Similarly, a Protective Order was entered in the case captioned *Vogt v. State Farm Life Insurance Company*, Case No. 2:16-CV-04170-NKL (Dkt. 37).

3. Defendant State Farm has designated materials as "CONFIDENTIAL" under the Stipulated Protective Order in this case and the Protective Order in *Vogt*.

4. Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt references certain information and testimony that was designated by State Farm as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*. Plaintiff's unredacted Memorandum to be sealed is attached hereto. Likewise, Plaintiff's publicly-filed, redacted Memorandum is attached hereto.

5. Exhibit 2 to Plaintiff's Memorandum is a 2014 Email from Rusty Hendren, which has been designated by State Farm as "CONFIDENTIAL" under the Stipulated Protective Order in this case and under the Protective Order in *Vogt*. An unsealed version of Exhibit 2 is attached hereto as Exhibit 2.

6. Exhibit 3 to Plaintiff's Memorandum is a 2001 Memorandum from Shane Jent, which has been designated by State Farm as "CONFIDENTIAL" under the Stipulated Protective Order in this case. An unsealed version of Exhibit 3 is attached hereto as Exhibit 3.

2

DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-04954-CRB

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of March, 2021 at Kansas City, Missouri.

*/s/ Joseph M. Feierabend*
Joseph M. Feierabend

**ATTESTATION**

I, Daniel C. Girard, am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

*/s/ Daniel C. Girard*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for Defendant.

　　　　　　　　　　　　　　　*/s/ Daniel C. Girard*
　　　　　　　　　　　　　　　Daniel C. Girard

4

DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-04954-CRB