1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>         Defendant. | Case No. 3:18-cv-04954-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO STATE FARM'S MOTION TO EXCLUDE DECLARATION AND TESTIMONY OF SCOTT J. WITT AND EXHIBITS THERETO**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

For good cause shown, the Court hereby GRANTS Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt and Exhibits Thereto. Accordingly, portions of Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt and Exhibits 2 & 3 to the Declaration of Joseph M. Feierabend shall remain under seal.

**IT IS SO ORDERED.**

**DATED:** _____

THE HONORABLE CHARLES R. BREYER

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for.

                                                */s/ Daniel C. Girard*