**GIRARD SHARP LLP**
Daniel C. Girard (State Bar No. 114826)
dgirard@girardsharp.com
Jordan Elias (State Bar No. 228731)
jelias@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:   415-981-4800
Fax:   415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO STATE FARM'S MOTION TO EXCLUDE DECLARATION AND TESTIMONY OF SCOTT J. WITT**<br><br>Date:   April 22, 2021<br>Time:   10:00 a.m.<br>Courtroom:   6<br>Judge:   Hon. Charles R. Breyer |

**REDACTED – FILED UNDER SEAL EXHIBITS 2 AND 3**

I, Joseph M. Feierabend, declare as follows:

1. I am a partner at the law firm Miller Schirger, LLC in Kansas City, Missouri. I am an attorney at law admitted pro hac vice to practice in the State of California, representing Plaintiff Elizabeth A. Bally in the above-captioned case. I make this declaration on my own personal knowledge, pursuant to L.R. 7-5(a), to authenticate documents attached as exhibits to Plaintiff's Memorandum of Points and Authorities in Opposition to State Farm's Motion to Exclude Declaration and Testimony of Scott J. Witt and to support such opposition. If called to testify, I would competently testify to the following:

2. Prior to the filing of the above-captioned case, a similar case involving nearly identical allegations was filed in the Western District of Missouri, captioned *Vogt v. State Farm Life Insurance Company*, Case No. 2:16-cv-04170-NKL. I represented the plaintiff, Michael Vogt, since the case's inception. This Court granted Plaintiff Elizabeth Bally's request to utilize certain discovery from *Vogt* in this case.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the February 12, 2021 deposition of Scott Witt.

4. Attached hereto as Exhibit 2 is a true and correct copy of a December 7, 2014 Email from Rusty Hendren, which was produced in this litigation with Bates number SFLIC-000002556 – 58.

5. Attached hereto as Exhibit 3 is a true and correct copy of the April 4, 2001 Memorandum from Shane Jent regarding UL COI Reduction Conclusion, which was produced in this litigation with Bates number SFLIC-0000000258 – 59.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of March, 2021 at Kansas City, Missouri.

*/s/ Joseph M. Feierabend*
Joseph M. Feierabend

**ATTESTATION**

I, Daniel C. Girard, am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

<u>/s/ Daniel C. Girard</u>

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                              */s/ Daniel C. Girard*
                                              Daniel C. Girard

4

DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF
PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO STATE
FARM'S MOTION TO EXCLUDE DECLARATION AND TESTIMONY OF SCOTT J. WITT
Case No. 3:18-cv-04954-CRB