**GIRARD SHARP LLP**
Daniel C. Girard (CBN 114826)
dgirard@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:   415-981-4800
Fax:   415-981-4846

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Elizabeth A. Bally*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH A. BALLY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:18-cv-04954-CRB<br><br>**STATEMENT OF PLAINTIFF AND CLASS REPRESENTATIVE ELIZABETH A. BALLY REGARDING PROPOSED SCHEDULE FOR BRIEFING MOTION FOR SUMMARY JUDGMENT AS TO COUNT II AND SUPPLEMENTAL EXPERT DISCLOSURES**<br><br>Judge: Hon. Charles R. Breyer |

## STATEMENT

Following the Court's order on the parties' cross motions for summary judgment (Dkt. 222) and the status conference held June 3, 2021 (Dkt. 230), Plaintiff Elizabeth Bally ("Plaintiff") and Defendant State Farm Life Insurance Company ("State Farm") (the "Parties") conferred in an effort to agree on a proposed briefing schedule related to Plaintiff's forthcoming motion for summary judgment on Count II. The Parties agree on the below schedule, except State Farm conditions its agreement on Plaintiff agreeing not to oppose a motion by State Farm for leave to file a third motion for summary judgment on Count II. Plaintiff will not agree to State Farm's condition given that the Court denied State Farm's motions for summary judgment on Count II and a third motion is not contemplated by the Court's order on the Parties' cross-motions for summary judgment.

Thus, the schedule of case events set out below is acceptable to Plaintiff if the Court does not permit State Farm to file a third summary judgment motion on Count II, and this schedule is acceptable to both Parties if the Court permits State Farm to file such a motion. (It is unclear what schedule State Farm would agree to if the Court does not permit it to move a third time as to Count II, as State Farm did not respond to Plaintiff's request to propose such a schedule.)

| EVENT | DEADLINE |
|---|---|
| Plaintiff's deadline to file motion for summary judgment on Count II and disclose expert's supplemental report | June 30, 2021 |
| Deadline for State Farm to depose Plaintiff's expert | July 19, 2021 |
| Deadline for State Farm to file its: (1) opposition to Plaintiff's motion for summary judgment; (2) *Daubert* motion; (3) disclosure of rebuttal expert reports; and (4) motion for summary judgment on Count II if leave is granted to file a third motion for summary judgment | August 20, 2021 |
| Deadline for Plaintiff to depose State Farm's rebuttal experts | September 10, 2021 |

| EVENT | DEADLINE |
|---|---|
| Deadline for Plaintiff to file her: (1) reply to State Farm's opposition to Plaintiff's motion for summary judgment; (2) opposition to State Farm's *Daubert* motion; (3) opposition to State Farm's cross-motion for summary judgment, if any; (4) disclosure of rebuttal expert reports; and (5) *Daubert* motion | October 14, 2021 |
| Deadline for State Farm to depose Plaintiff's rebuttal experts | November 4, 2021 |
| Deadline for State Farm to file its (1) reply to Plaintiff's opposition to its motion for summary judgment, if any; (2) reply in support of its *Daubert* motion; and (3) opposition to Plaintiff's *Daubert* motion | November 15, 2021 |
| Deadline for Plaintiff to file her reply in support of her *Daubert* motion | November 24, 2021 |
| Hearing date on summary judgment and *Daubert* motions related to Count II | TBD |

A proposed Order entering this schedule is submitted herewith.

Respectfully submitted,

Dated: June 13, 2021                **GIRARD SHARP LLP**

By: /s/ *Daniel C. Girard*
Daniel C. Girard (CBN 114826)
dgirard@girardsharp.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:    415-981-4800
Fax:    415-981-4846

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Ethan M. Lange (admitted *pro hac vice*)
lange@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

3
STATEMENT OF PLAINTIFF AND CLASS REPRESENTATIVE ELIZABETH A. BALLY REGARDING PROPOSED SCHEDULE FOR BRIEFING MOTION FOR SUMMARY JUDGMENT AS TO COUNT II AND SUPPLEMENTAL EXPERT DISCLOSURES
Case No.: 3:18-cv-04954-CRB

Tel:	816-714-7100
Fax:	816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel:	816-561-6500
Fax:	816-561-6501

*Attorneys for Plaintiff Elizabeth A. Bally*